UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STEVE and ELLEN FERN, as parents and legal guardians of their minor child M.F., ) ) ) ) Plaintiffs, ) ) vs. ) ) ROCKWOOD R-VI SCHOOL DISTRICT, ) ) Defendant. ) | Case No. 4:06CR986 HEA |

## JUDGMENT

In accordance with the Opinion, Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED ADJUDGED AND DECREED** that the dismissal of Plaintiffs' administrative due process complaint by the administrative hearing officer is affirmed.

Dated this 6th day of June, 2007.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE